UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LAWANA THOMAS** | § | |
| | § | **CIVIL ACTION NO. 3:16-cv-01970M** |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **CONN APPLIANCES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL

Plaintiff Lawana Thomas ("Plaintiff") and Defendant Conn Appliances, Inc. ("Conn's") files this Stipulation of Dismissal and would show the Court as follows:

1. Plaintiff filed her Original Complaint July 6, 2016, alleging violations under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* in connection with Conn's attempt to collect on a debt.

2. Plaintiff purchased merchandise from Conn's in exchange for a promise of payment. The Parties memorialized the financing terms in a retail installment contract that Plaintiff signed. The retail installment contract contains an arbitration provision that covers all claims arising from Plaintiff's debt. Because the claims in Plaintiff's Complaint fall within the scope of this provision, the parties have agreed to move this case to arbitration.

IT IS THEREFORE **AGREED AND STIPULATED** as follows:

i. Plaintiff's claims are subject to binding arbitration.

ii. The parties request the Court order this action to arbitration and dismiss this action without prejudice.

Dated:   October 17th, 2016                                              Respectfully submitted,

By: */s/ Michael A. Harvey*                                              By: */s/ Jenny DeFrancisco*
**Michael A. Harvey**                                                    **Jenny DeFrancisco, Esq.**
State Bar No. 24058352                                                   CT Bar No.: 432383
Munsch Hardt Kopf & Harr, P.C.                                           Lemberg Law, LLC
700 Milam Street, Suite 2700                                             43 Danbury Road
Houston, Texas 77002                                                     Wilton, CT 06897
Telephone:  (713) 222-4015                                               Telephone: (203) 653-2250
Facsimile:  (713) 222-1475                                               Facsimile: (203) 653-3424
E-mail: mharvey@munsch.com                                               E-mail: jdefrancisco@lemberglaw.com

**ATTORNEYS FOR DEFENDANT**                                              **ATTORNEYS FOR PLAINTIFF**

**Of Counsel:**

**Christopher M. Jordan**
State Bar No. 24087817
Munsch Hardt Kopf & Harr, P.C.
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 222-1470
Fax:  (713) 222-1475
cjordan@munsch.com

**Christina M. Putman**
SBN: 24013361
FIN: 24426
In House Counsel
Conn's, Inc.
4055 Technology Forest Blvd.
Suite 210
The Woodlands, Texas  77381

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 17th, 2016, a true and correct copy of forgoing document was electronically filed via the Court's CM/ECF filing system and served on all counsel of record.

                                         */s/ Michael Harvey*
                                         Michael Harvey

4835-3456-1338_1 014488.00097